DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KATHRYN NEWMAN, individually and as next friend and
natural parent of Julie Chyben, a minor,

Appellant,

v.

DIGNITY FUNERAL SERVICES, INC., d/b/a Michels &
Lundquist Funeral Home & Cremation Services, a foreign for-
profit corporation,

Appellee.

No. 2D2024-0532

_____

March 14, 2025

Appeal from the Circuit Court Pasco County; Kimberly Sharpe Byrd,
Judge.

Christopher J. Roberts, Royce C. Haddad, Jr., and Adam Talley of
Haddad & Associates, Clearwater, for Appellant.

Thamir A.R. Kaddouri, Jr., and Penelope Rowlett of Law Office of Tjamir
A.R. Kaddouri, Jr., P.A., Tampa, for Appellee.

PER CURIAM.

Dismissed for lack of jurisdiction as to Kathryn Newman in her
individual capacity.

Affirmed as to Kathryn Newman in her capacity on behalf of Julie
Chyben.

NORTHCUTT, LUCAS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior publication.